UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY ISAACSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. EDCV 08-1437 AGR<br><br>ORDER TO SHOW CAUSE |

Pursuant to this Court's Case Management Order of April 1, 2009, the parties were to file a Joint Stipulation in compliance with Paragraph IX of the Court's Order within sixty-six (66) days of the filing of the Answer, i.e., byJune 8, 2009.  To date, the Joint Stipulation has not been filed with the Court.  Accordingly, **no later than July 8, 2009, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by Court Orders.  Filing of the Joint Stipulation on or before July 8, 2009, shall be deemed compliance with this Order to Show Cause.

DATED: June 16, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE